AO 106 (Rev. 04/10) Application for a Search Warrant     USAO #2013R00232

# UNITED STATES DISTRICT COURT

for the
District of Maryland

APR 1 1 2013

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

Google Inc. Email Account of Grannpaz11@gmail.com

Case No. 13-0609SAG

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment A

located in the    Northern    District of    California   , there is now concealed *(identify the person or describe the property to be seized)*:

See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251 | Use of a computer in or affecting interstate commerce to transport, advertise, |
| 18 U.S.C. § 2252A | receive, distribute, possess and/or access child pornography |

The application is based on these facts:

See Attached Affidavit.

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Special Agent Daniel E. O'Donnell
*Printed name and title*

Sworn to before me and signed in my presence.

Date: March 28, 2013

*Judge's signature*

City and state: Baltimore, Maryland     Stephanie A. Gallagher, U.S Magistrate Judge
*Printed name and title*

